IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 3:21-cr-16-KRG-KAP-10 |
| JOSHUA EDMONDS, | : |
| Defendant | : |

<u>Memorandum Order</u>

    Counsel appeared today for a status conference in this matter, at which time the government moved to re-open detention proceedings under 18 U.S.C. § 3142(f)(2), on the grounds that the recent filing of state charges against Mr. Edmonds presents a material change in circumstances bearing on his risk of failure to appear and danger to the community. A hearing has been scheduled at the next available date, Friday June 3, 1:15p.m. and it will be conducted by Zoom.

    By separate order, Mr. Edmonds has been ordered temporarily detained. This order is issued as the fastest way to advise Mr. Edmonds of the status of matters, and a copy of this order will be delivered to Mr. Edmonds at the Cambria County Prison. Mr. Edmonds is advised that he should contact counsel (Matthew Chivari, Esq.) at the earliest opportunity, and that pending next Friday's hearing he should not discuss this matter or the pending state court charges with anyone except his counsel.

DATE: May 25, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record, USMS